**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **HENRY JONES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:21-cv-1867** |
| | § | |
| **HARTMAN INCOME REIT** | § | |
| **MANAGEMENT, LLC** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant** | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this notice of dismissal under FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

1.     Plaintiff is Henry Jones; Defendant is Hartman Income REIT Management, LLC.

2.     On or about August 21, 2021, Plaintiff sued Defendant in the United States District Court for the Northern District of Texas Dallas Division.

3.     This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4.     A receiver has not been appointed in this case.

5.     Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

6.     Based on a settlement agreement executed between the parties, this dismissal is with prejudice and each party is to bear its own costs, attorney's fees and all other litigation expenses.

Dated: this 13th day of December 2021.          Respectfully submitted,

                                                **KILGORE & KILGORE, PLLC**

                                        By:    _/s/ Nicholas A. O'Kelly_
                                               Nicholas A. O'Kelly
                                               State Bar No. 15241235
                                               nao@kilgorelaw.com
                                               Kilgore Law Center
                                               3109 Carlisle
                                               Dallas, Texas 75204
                                               (214) 969-9099 - Telephone
                                               (214) 953-0133 - Facsimile

                                               **ATTORNEYS FOR PLAINTIFF**
                                               **HENRY JONES**


                        <u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that on this 13th day of December, 2021, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to
all counsel of record.

                                        _/s/ Nicholas A. O'Kelly_
                                        NICHOLAS A. O'KELLY